UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FATIN BEINER,<br><br>                       Plaintiff,<br><br>-against-<br><br>INLAND-GREENBURGH DELAWARE BUSINESS TRUST and SAM'S EAST, INC.,<br><br>                       Defendants. | 25-CV-04220 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The parties filed a proposed case management plan at ECF No. 9 indicating consent to conducting all further proceedings before a United States Magistrate Judge. The parties did not, however, file the required Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The parties are HEREBY ORDERED to file the form, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, by no later than August 26, 2025. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for August 26, 2025 at 4:00 p.m., is CANCELED.

Dated: August 25, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge