UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FATIN BEINER,

                        Plaintiff,

          -against-

INLAND-GREENBURGH DELAWARE
BUSINESS TRUST and SAM'S EAST, INC.,

                      Defendants.

25-CV-4220 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The parties who have appeared in this action have timely filed a proposed consent to jurisdiction by US Magistrate Judge. ECF No. 11. However, the form is not signed by all parties in this action. In particular, the form was not signed by Inland-Greenburgh Delaware Business Trust ("Inland-Greenburgh"), who has not appeared at all in this action. As such, Magistrate Judge Reznik would not be permitted to adjudicate this action as to Inland-Greenburgh. *See, e.g.*, *Sampson v. Sarah Lawrence College*, No. 18-CV-7518, 2023 WL 2992488, at *1 (S.D.N.Y. March 10, 2023).

      Plaintiff shall file a letter by September 2, 2025, indicating whether she intends to continue this action against Inland-Greenburgh. If so, Plaintiff shall indicate whether she consents to severing the action against Inland-Greenburgh, so that the undersigned can maintain the non-consented to portion of this action.

      If Plaintiff seeks to maintain Inland-Greenburgh as a defendant and does not wish to have the case severed, the Court will deny the parties' proposed consent and will refer the matter to Judge Reznik for general pretrial management and for a report and recommendation on any

dispositive motions. *See Ideavillage Products Corp. v. Antiker*, No. 20-CV-4681, 2021 WL 1987382, at *2 (S.D.N.Y. May 17, 2021).

Dated: August 26, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
