USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Beiner,

                        Plaintiff,

          -against-

Sam's East, Inc.,

                       Defendant.
------------------------------------------------------------------X

                   25-cv-04220-VR

                   **ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On December 16, 2025, the Court directed the parties to submit a joint status letter by no later than January 26, 2026, updating the Court on the status of discovery as well as the status of the related case, *Beiner v. Inland-Greenburgh Delaware Business Trust* (25-cv-7171). (ECF No. 24). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **January 30, 2026**.

       **SO ORDERED.**

DATED:     White Plains, New York
              January 27, 2026

                                            
                                VICTORIA REZNIK
                                United States Magistrate Judge

1