USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

Fatin Beiner,

                            Plaintiff,

                 -against-                                        **ORDER**

Sam's East, Inc.,

                                        25-cv-04220-VR

                          Defendant.
----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it is hereby

ORDERED, that this action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within sixty (60) days from the date of this Order.

         **SO ORDERED.**

DATED:     White Plains, New York
                6/17/26

                                _____

                                VICTORIA REZNIK
                                United States Magistrate Judge

USDC SDNY_____
DOCUMENT_____
ELECTRONICALLY FILED
DOC #_____
DATE FILED: Jun 17, 2026